IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE UNITED STATES OF AMERICA<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JAMES F. DELGADO,<br><br>　　　　　　Defendant. | CASE NO: 4:22CB3003<br>Citation No. 9744451<br><br>ORDER FOR HEARING |

On the Court's own motion, regarding the citations issued to the defendant on July 31, 2022, (a copy of which is attached),

IT IS ORDERED:

1)　　The defendant is ordered to appear at 10:00 a.m. on September 7, 2022 before the undersigned magistrate judge in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

2)　　The defendant and counsel for the government shall attend the hearing.

3)　　The Clerk shall mail a copy of this order to the defendant.

August 24, 2022.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge

## United States District Court
### Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| NE16 | 9744451 | HARTWELL | 2238 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense | Offense Charged ☐ CFR ☒ USC ☐ State Code |
|---|---|
| 07/31/2022  1129 | 18 USC 113 (a)(5) |

Place of Offense: 2325 N BROADWELL AVE, GRAND ISLAND, NE 68803    COMMON AREA

Offense Description: Factual Basis for Charge — SIMPLE ASSAULT

**DEFENDANT INFORMATION**  Phone: (308) 383-5378

Last Name: DELGADO  First Name: JAMES  M.I.: F

Street Address: 2325 N BROADWELL AVE #105

City: GRAND ISLAND  State: NE  Zip Code: 68803  Date of Birth: 12/23/1951

Drivers License No.: H13520785  D.L. State: NE

☒ Adult  ☐ Juvenile   Sex: ☒ Male ☐ Female   Hair: BRO  Eyes: BRO  Height: 5'9"  Weight: 190

**VEHICLE**

**APPEARANCE IS REQUIRED**
A ☒ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
Court Address: 100 CENTENNIAL MALL NORTH, 5TH FLOOR, COURTROOM #2, LINCOLN, NE 68508
Date: 09/01/2022  Time: 0800

X Defendant Signature

Original - CVB Copy

*9744451*

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on JULY 31, 2022 while exercising my duties as a law enforcement officer in the _____ District of NEBRASKA

During my investigation of a verbal and physical assault, based on the statements made by the victim and defendant, the elements of the crime of simple assault were met. VA Police Report 536220663 has more details on the statements made to support the elements of the crime.

The foregoing statement is based upon:
☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 07/31/2022   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident